No. 80. PAN AMERICAN PETROLEUM CORP. *v.* SUPE-
RIOR COURT OF DELAWARE FOR NEW CASTLE COUNTY ET
AL.; and

No. 81. TEXACO, INC., *v.* SUPERIOR COURT OF DELA-
WARE FOR NEW CASTLE COUNTY ET AL. Certiorari, 363
U. S. 818, to the Supreme Court of Delaware. The mo-
tion of Colorado Interstate Gas Company for leave to
file brief, as *amicus curiae,* is granted. *James Lawrence
White, John Fleming Kelly* and *Lewis M. Poe* for movant.
*John J. Wilson, Frank H. Strickler, Paul F. Schlicher,
W. W. Heard, Byron M. Gray* and *William J. Grove* for
petitioners in opposition to the motion.

No. 566. KENNEDY, ATTORNEY GENERAL, *v.* MEN-
DOZA-MARTINEZ. Appeal from the United States District
Court for the Southern District of California. (Probable
jurisdiction noted, *ante,* p. 809.) Motion for leave to
use record in No. 29, October Term, 1959, granted.
*Solicitor General Cox* on the motion.

No. 717, Misc. DYSON *v.* UNITED STATES;
No. 892, Misc. IN RE SMITH;
No. 914, Misc. JENKINS *v.* WILLINGHAM, WARDEN;
and
No. 917, Misc. SMITH *v.* OHIO PARDON AND PAROLE
COMMISSION ET AL. Motions for leave to file petitions
for writs of habeas corpus denied.

No. 44, Misc. LOLLIS *v.* WILSON, PRISON SUPERIN-
TENDENT; and
No. 907, Misc. HOBBS *v.* PEPERSACK, WARDEN. Mo-
tions for leave to file petitions for writs of habeas corpus
denied. Treating the papers submitted as petitions for
writs of certiorari, certiorari is denied.

No. 863, Misc. SIMS *v.* UNITED STATES. Motion for
leave to file petition for writ of certiorari denied.